## QUIGLEY v. BALDWIN.

Where the justice who issues a warrant is absent when the writ is returned, and the parties voluntarily submit to the decision of another justice, the judgment by such second justice is good.

*Certiorari* to Justice Johnson.

It appeared by the returns that Baldwin had arrested Quigley on a warrant issued by Justice Banks. Banks being absent when the writ was returned, the constable took Quigley before Johnson, who asked him if he was ready for trial. He answered in the affirmative, and expressed his wishes that it should come on. The justice proceeded and gave judgment for Baldwin.

The objection taken was, that the warrant issued by Banks could give Johnson no jurisdiction in the case; the cause was commenced before Banks, and, while pending there, could not with propriety be adjudicated upon by any other tribunal, particularly one of only coördinate powers.

PER CURIAM. The parties came before Johnson and consented to a trial. The warrant is out of the question here; it is a trial by consent before Johnson.

Judgment affirmed.